UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDON SAVAGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02118-JRS-CSW ) |
| VICTORIA GILLICK, | ) ) |
| Defendant. | ) ) |

**Judgment**

This action is **dismissed without prejudice.**

Date: 02/22/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

BRANDON SAVAGE
344 S. Ritter Ave.
Indianapolis, IN 46219